**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**IVIE HARRIS, JR.**
**ADC #122723**                                                                                                           **PLAINTIFF**

**v.**                                      **Case No. 5:14-cv-00458-KGB-JTR**

**DANNY FORD, Sheriff,**
**Dallas County Detention; et al.**                                                              **DEFENDANTS**

<u>**ORDER**</u>

The Court has reviewed the Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 6).  No objections have been filed.  After careful review, the Court concludes that the Recommended Partial Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

It is therefore ordered that:

1.      Plaintiff may proceed with his conditions of confinement, inadequate medical care, excessive force, and retaliation claims against defendant Tommy Stringfellow.

2.      All other claims and defendants are dismissed without prejudice.

3.      The Clerk is directed to prepare a summons for Mr. Stringfellow, and the U.S. Marshal is directed to serve the summons, amended complaint, and this Order on him without prepayment of fees and costs or security therefor.  If Mr. Stringfellow is no longer a Dallas County employee, the individual responding to service must file a sealed statement providing his last known private mailing address.

4.      It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this the 27th day of April, 2015.

KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE