IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**IVIE HARRIS, JR**
**ADC #122723**                                                                                      **PLAINTIFF**

v.                     Case No. 5:14-cv-00458-KGB-JTR

**TOMMY STRINGFELLOW,**
**Former Jail Administrator,**
**Dallas County Detention Center**                                                  **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 57).  No objections have been filed, and the time for filing objections has passed.  After careful review, the Court concludes that the Recommended Partial Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

It is therefore ordered that defendant Tommy Stringfellow's motion for summary judgment is granted in part and denied in part (Dkt. No. 36).  Plaintiff Ivie Harris, Jr., may proceed with his claims alleging that Mr. Stringfellow, in his individual capacity only:  (a) used or authorized the use of excessive force against Mr. Harris; and (b) denied Mr. Harris adequate medical care for the injuries he claims to have sustained during the use of force.  All other claims are dismissed with prejudice.

SO ORDERED this 13th day of September, 2016.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE