**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**IVIE HARRIS, JR.**                                                                                                    **PLAINTIFF**

**v.**                            **Case No. 5:14-cv-00458-KGB-JTR**

**TOMMY STRINGFELLOW,**
**Former Jail Administrator,**
**Dallas County Detention Center**                                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this date, it is considered, ordered, and adjudged that this case is dismissed with prejudice. The relief sought by plaintiff Ivie Harris, Jr., is denied. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

It is so adjudged this the 9th day of March, 2017.

_____
Kristine G. Baker
United States District Judge